# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/05/2018 |
| Case: 1−18−44979−cec | Form ID: 318DF7 | Total: 53 |

**Recipients of Notice of Electronic Filing:**
tr          Alan Nisselson          anisselson@windelsmarx.com
aty         Kevin Zazzera           kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Robert Baldino          58 Pitney Ave          Staten Island, NY 10309−1917
jdb         Angela Baldino          58 Pitney Ave          Staten Island, NY 10309−1917
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
9345099     Americredit/ GM Financial          PO Box 183583          Arlington, TX 76096−3583
9345100     Americredit/Gm Financial          Attn: Bankruptcy          PO Box 183853          Arlington, TX 76096−3853
9345101     Angiuli & Gentile          60 Bay St          Staten Island, NY 10301−2541
9345103     Barclays Bank Delaware          Attn: Correspondence          PO Box 8801          Wilmington, DE 19899−8801
9345102     Barclays Bank Delaware          PO Box 8803          Wilmington, DE 19899−8803
9345104     Cap1/l&t          PO Box 30253          Salt Lake City, UT 84130−0253
9345106     Capital One          15000 Capital One Dr          Richmond, VA 23238−1119
9345107     Capital One          Attn: Bankruptcy          PO Box 30285          Salt Lake City, UT 84130−0285
9345105     Capital One          PO Box 26625          Richmond, VA 23261−6625
9345108     Capital One NA          Attn: General Correspondence/Bankruptcy          PO Box 30285          Salt Lake City, UT 84130−0285
9345109     Credit One Bank          PO Box 60500          City of Industry, CA 91716−0500
9345110     Credit One Bank N.A.          PO Box 60500          City of Industry, CA 91716−0500
9345111     Discover Fin Svcs LLC          PO Box 15316          Wilmington, DE 19850−5316
9345112     Discover Financial          PO Box 3025          New Albany, OH 43054−3025
9345113     Dominick Russo          Monmouth County Special Civil Part          71 Monument St          Freehold, NJ 07728−1747
9345114     Dsnb Macys          PO Box 8218          Mason, OH 45040−8218
9345115     Empire Blue Cross Blue Shield          Central Region− CCOA          PO Box 73651          Cleveland, OH 44193−1177
9352402     Ford Motor Credit Company LLC          c/o Schiller, Knapp,          Lefkowitz & Hertzel, LLP          950 New Loudon Road          Latham, NY 12110
9345116     Forster & Garbus LLP          60 Vanderbilt Motor Pkwy          Commack, NY 11725−5710
9345117     Frd Motor Cr          PO Box BOX542000          Omaha, NE 68154
9345118     Gm Financial          PO Box 181145          Arlington, TX 76096−1145
9345119     Ingram & Associates          PO Box 860102          Minneapolis, MN 55486−0102
9345120     Ingram and Associates          General Trust Deposit          PO Box 860102          Minneapolis, MN 55486−0102
9345121     Jh Portfolio Debt Equi          5757 Phantom Dr Ste 225          Hazelwood, MO 63042−2429
9345122     Leopold Gross & Sommers, PC          16 Court St Ste 1903          Brooklyn, NY 11241−1019
9345123     Lincoln Auto Finance          PO Box 542000          Omaha, NE 68154−8000
9345124     Lincoln Automotive Financial Service          Attn: Bankruptcy          PO Box 542000          Omaha, NE 68154−8000
9345125     Lowe's/Synchrony Bank          PO Box 530914          Atlanta, GA 30353−0914
9345126     Merrick Bank Corp          PO Box 9201          Old Bethpage, NY 11804−9001
9345127     Merrick Bank/Cardworks          Attn: Bankruptcy          PO Box 9201          Old Bethpage, NY 11804−9001
9345128     Midland Funding          2365 Northside Dr Ste 30          San Diego, CA 92108−2709
9345129     Mount Sinai          PO Box 3472          New York, NY 10008−3472
9345130     North Shore CHHA Staten Island          1200 South Ave          Staten Island, NY 10314−3413
9345131     Northwell Health          PO Box 29772          New York, NY 10087−9772
9345132     Professional Claims Bureau Inc          PO Box 9060          Hicksville, NY 11802−9060
9345133     Selip & Stylianou          199 Crossways Park Dr          Woodbury, NY 11797−2016
9345134     Syncb/Lord & Taylor          Attn: Bankruptcy          PO Box 965060          Orlando, FL 32896−5060
9345135     Syncb/lowes          PO Box 956005          Orlando, FL 32896
9345137     Synchrony Bank/Lowes          Attn: Bankruptcy Dept          PO Box 965060          Orlando, FL 32896−5060
9345136     Synchrony Bank/jcp          PO Box 960090          Orlando, FL 32896−0090
9345138     Td Bank USA/Targetcred          PO Box 673          Minneapolis, MN 55440−0673
9345139     Transworld Systems INC          507 Prudential Rd          Horsham, PA 19044−2308
9345140     Transworld Systems INC          PO Box 15520          Wilmington, DE 19850−5520
9345141     United Medical Surgical          PO Box 9112          Uniondale, NY 11555−9112
9345142     Visa Dept Store National Bank/Macy's          Attn: Bankruptcy          PO Box 8053          Mason, OH 45040−8053

TOTAL: 51